IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES WINDSOR
ADC # 113913                                                                                          PLAINTIFF

V.                                    5:04CV00271 GH/HDY

A.R. HILL, *et al.*                                                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's Motion to dismiss all John Doe Defendants (docket entry #28) is GRANTED.

2.    Plaintiff's Motions for counsel, copies of his medical records, copies of "Post-Orders," and jury trial (docket entry #29) are DENIED.

DATED this 26th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE