# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES WINDSOR                                                                                           PLAINTIFF
ADC # 113913

V.                                             5:04CV00271 GH/HDY

A.R. HILL, *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Dismiss (docket entry #56) is GRANTED, and that Plaintiff's claims against Defendants Reed, Bradberry, Hipple, Luckett, MacDaniels, and Freeman are dismissed, and they are dismissed as party Defendants.

DATED this 30th day of November, 2005.

_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE