IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES WINDSOR
ADC # 113913                                                                                          PLAINTIFF

v.                                              NO. 5:04CV00271 GH

ALVIN HILL, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant's motion for summary judgment (docket entry #125) is GRANTED, and that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 19th day of April, 2007.

J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE